# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KENT D. JOHNSON, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | |
| CITY OF PORT CLINTON, OHIO, *et al.,* | |
| Defendants. | |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO THE HONORABLE JUDGES OF THIS COURT:

Now come Defendants City of Port Clinton, Mayor Michael Snider, Safety Service Director Tracy Colston, and Law Director Dina Shenker who represent to this Court as follows:

1. That there was commenced and is now pending in the Court of Common Pleas for Ottawa County, Ohio, Case No. 24 CVH 011 before Judge Robert G. Christiansen, visiting judge, in which Kent D. Johnson is the Plaintiff.

2. That said action is a suit of a civil nature.

3. That Counts were brought pursuant to 42 U.S.C. § 1983 based upon Plaintiff's presentation of a procedural due process claim that seeks damages.

4. That this Court has jurisdiction over the within action pursuant to 28 U.S.C. §§ 1331 and 1343.

5. That the within action may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441, et seq.

6. This Notice is being filed within thirty (30) days after receipt of the Complaint by Defendants, on January 11, 2024, and that the time for filing this Notice under 28 U.S.C. § 1446(b) has not expired.

7. That all parties required by law to join in this Notice, i.e., have been served, have consented to the removal, and have been so joined.

8. That the written notice of filing this Notice has been given to all other parties as provided by law.

9. That a true and correct copy of this Notice will be filed with the Clerk of Court of Common Pleas for Ottawa County, as provided by law.

10. That there is filed herewith and by reference made a part hereof, a true and correct copy of all process, pleadings, and orders served on the Defendants in said action.

11. That this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

    Respectfully submitted,

/s/ *John D. Latchney*
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
T: (330) 670-7602; F: (330) 670-7458
Email: jlatchney@hcplaw.net
*Attorney for Defendant City of Port Clinton*

## CERTIFICATE OF SERVICE

Pursuant to Civil Rule 5(B)(2)(f), I hereby certify that copy of the foregoing was sent via electronic mail, this 17th day of January, 2024, to:

Mark P. Smith (0088538)  Counsel for Plaintiff
John A. Coppeler (0005506)
Flynn, Py & Kruse Co., LPA
165 East Washington Row
Sandusky, Ohio 44870
msmith@flynnpykruse.com
jcoppeler@flynnpykruse.com

/s/ *John D. Latchney*
John D. Latchney (0046539)